1  Susan St. Vincent
   Acting Legal Officer
2  Matthew McNease
   Acting Legal Officer
3  NATIONAL PARK SERVICE
   Law Enforcement Office
4  P.O. Box 517
   Yosemite, California 95389
5  Telephone: 209-372-0241

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES GOVERNMENT,    )   CASE: 6:12-MJ-0099-MJS
                                  )
11 |        Plaintiff,             )
                                  )   STIPULATION TO MOVE
12 |    vs.                        )    STATUS CONFERENCE DATE
                                  )   AND ORDER THEREON.
13 | MARY TODD-GOLDMANN,           )
                                  )
14 |        Defendant.             )   Court: U.S. District Court - Yosemite
                                  )   Judge: Honorable Michael J. Seng
15 | _____)

16
        IT IS HEREBY STIPULATED by and between Matthew McNease, the acting
17
legal officer for the National Park Service, Defendant, Mary Todd-Goldmann, and her
18
attorney of record, Andras Farkas, that the Status Conference in the above-captioned
19
matter currently scheduled for January 15, 2013, be moved to March 5, 2013, at 10:00
20
a.m.  Sacramento DOJ lab informed the Government officer that lab results are
21
significantly delayed due to a back up in work and the results would be available in six
22
weeks.
23

24
   Dated: January 10, 2013              /s/ Matthew McNease
25                                      Matthew McNease
                                        Acting Legal Officer for
26                                      National Park Service

27
   Dated: January 10, 2013              /s/ Andras Farkas
28                                      Andras Farkas
                                        Attorney for
                                        Mary Todd-Goldmann

                                        1

* * * ORDER * * *

The Court, having reviewed the above request to move the Status Conference, now set for January 15, 2013, to March 5, 2013, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

> The Status Conference set for January 15, 2013, at 10:00 a.m. in case number 6:12-mj-099-MJS, *United States of America vs. Mary Todd-Goldmann*, is moved to March 5, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 10, 2013         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2