Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY TODD-GOLDMANN,<br>    Defendant. | Docket 6:12-MJ-0099-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND; ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

    IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant, Mary Todd-Goldmann, by and through his attorney of record, Andras Farkas, that the status conference in the above-captioned matter currently set for March 5, 2013, at 10:00 a.m. be continued to June 19, 2013, at 10:00 a.m.  By this date the Government expects to receive the Confirmation Test Results on Ms. Todd-Goldmann's blood analysis.

Dated: February 28, 2013                                    /S/ Matthew McNease
                                                                            Matthew McNease
                                                                            Acting Legal Officer
                                                                            Yosemite National Park

Dated: February 28, 2013                                    /S/ Andras Farkas
                                                                            Andras Farkas
                                                                            Attorney for Defendant

Mary Todd-Goldmann

* * * ORDER * * *

The Court, having reviewed the above request to continue the March 5, 2013, status conference to June 19, 2013, at 10:00 a.m., in *United States v. Mary Todd-Goldmann*, 6:12-mj-99-MJS, HEREBY ORDERS AS FOLLOWS:

The March 5, 2013 status conference is continued to June 19, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 1, 2013            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE